FILED:  April 25, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-6359
(8:22-cv-01768-PJM)

———————————

ROBERT FRAZIER; ANIBAL HERNANDEZ; D.P., a minor, by and through his
next friend and guardian K.P.; CHRISTOPHER BUTLER; MIRAMBA
WILLIAMS, individually and on behalf of a class of similarly situated persons

> Plaintiffs - Appellants

 and

DONNELL DAVIS; LESLIE SHARP; ELMER LAGUAN-SALINAS;
ADRIENNE WORTHINGTON, individually and on behalf of a class of similarly
situated persons

> Plaintiffs

v.

PRINCE GEORGE'S COUNTY, MARYLAND; CORENNE LABBE, in her
official capacity as Director of the Prince George's County Department of
Corrections; JEFFREY LOGAN, in his official capacity as Division Chief of the
Prince George's County Population Management Division; KENNETH GRAY, in
his official capacity as Section Chief of the Prince George's County Community
Supervision Section; TANYA LAW, in her official capacity as Unit Chief of the
Prince George's County Monitoring Services Unit

> Defendants - Appellees

and

LAKEECIA ALLEN; BRYON BEREANO; JOHN BIELEC; SCOTT
CARRINGTON; ADA CLARK-EDWARDS; STACEY COBB SMITH; BRIAN

DENTON; ROBERT HEFFRON, JR.; DONNAKA LEWIS; OFFICER GREGORY POWELL; CATHY SERRETTE, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County

        Defendants

---------------------------------

## O R D E R

---------------------------------

Upon consideration of submissions relative to appellants' motion for summary reversal or, in the alternative, to expedite appeal, the court defers action on the motion for summary reversal pending completion of briefing.

The court grants the motion to accelerate case processing. By separate order, the clerk shall enter an accelerated briefing schedule.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk