**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 13, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-6359,         Robert Frazier v. Prince George's County, Maryland
                       8:22-cv-01768-PJM

TO:
    Christopher Butler
    Anibal Hernandez
    D.P.
    Robert Frazier
    Miramba Williams

FILING CORRECTION DUE:  June 13, 2023

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile document using

Event: **BRIEF (formal briefs not under seal)** and listing the type as REPLY.

Emily Borneisen, Deputy Clerk
804-916-2704